UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN


UNITED STATES OF AMERICA,

     Plaintiff,

                                        Hon. Robert J. Jonker

v.

                                        Case No. 1:26-cr-41

DAMION ANTHONY SINCLAIR,

     Defendant.

_____/

**ORDER OF DETENTION**

Defendant appeared before me on May 6, 2026, with stand-by counsel for a detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f).  After being advised of his rights, including those attendant to a detention hearing, defendant waived his right to the hearing but requested the right to reopen it if he is released in Case No. 2:24-cr-16. I find that his waiver was knowingly and voluntarily entered.

Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED on May 6, 2026.

                                     /s/ Sally J. Berens
                                    SALLY J. BERENS
                                    U.S. Magistrate Judge